| | | |
|---|---|---|
| | AUSA: Eric M. Straus | Telephone: (313) 226-9648 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Andrew Cramer - FBI | Telephone: (313) 268-2712 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Marquies Yeldell-Bell,

Case No.

Case: 2:23-mj-30037
Assigned To : Unassigned
Assign. Date : 1/26/2023
SEALED MATTER (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 27, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Andrew Cramer, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 01/26/2023

_Judge's signature_

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUIES YELDELL-BELL,<br><br>Defendant. | Case No.<br><br>UNDER SEAL |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Andrew Cramer, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since September 2019. I am currently assigned to the FBI Detroit Field Office and the Violent Gang Task Force (VGTF), and my current duties include investigating gangs, firearms trafficking, and narcotics trafficking. During my time as a Special Agent, I have participated in investigations involving firearms, as well as numerous investigations that resulted in the execution of search and arrest warrants.

2. I submit this affidavit in support of a criminal complaint charging that, on or about October 27, 2022, within the Eastern District of Michigan, the defendant, Marquies YELLDELL-BELL (D.O.B.: 03/13/1997), knowing he had

1

been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

3. I make this affidavit from personal knowledge as well as information provided by other law enforcement officials and/or their reports and records. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all details or facts that exist pertaining to the investigation.

## PROBABLE CAUSE

4. On or about October 27, 2022, at approximately 9:20 PM., Detroit Police Department (DDP) Officers Povish, Patton, and Stewart were driving in a black Detroit Police Scout Car in patrolling inside the BP Gas Station service station, located at 17151 West 8 Mile Road, when they observed a gray 2015 Jeep Cherokee, Michigan License Plate: ENU5419, registered to a "Marques Antoine Yeldell," parked near a pump along the western side of the service station. A LEIN check of the displayed Michigan License Plate indicated an electronic insurance verification of "no insurance". Officer Patton then placed the Scout Car behind the 2015 Jeep Cherokee, and activated the front-facing emergency lights.

5. Officer Patton then made contact with the driver, and sole occupant, YELDELL-BELL. As Officers Patton spoke with YELDELL-BELL, he observed

2

an open bottle of D`usse Liquor on the rear right passenger floorboard, and a closed bottle of liquor on the front right passenger floorboard.

6. Officer Patton then requested YELDELL-BELL to exit from his vehicle, in which he initially hesitated to do so, before eventually complying without incident. As Officer Patton retrieved the open bottle of alcohol, and searched for further evidence, he recovered (1) loaded green/black Glock 21 Gen4 handgun (Serial: BBSW410) from the vehicles center console.

7. Per LEIN, YELDELL-BELL is not a Concealed Pistol License holder; Officer Povish discovered YELDELL-BELL to be "Discharged from Parole on 03/23/2022," and discovered SID: 4678778A / FBI: 718179VD4.

8. Per LEIN, Officer Povish discovered the Glock 21 to be actively reported as STOLEN via Wyoming County Sheriff's Office, West Virginia; OCA: 2020-05944 / Case Number: 2020-3086.

9. YELDELL-BELL was then taken into custody for Carrying a Concealed Weapon - Motor Vehicle, and Possession of Stolen Property.

10. YELDELL-BELL was then conveyed to the Detroit Detention Center. The recovered handgun was placed on evidence at the 11th Precinct

11. A query of the computerized criminal history (CCH) for YELDELL-BELL revealed the following felony convictions:

3

- In or around 2015, YELDELL-BELL was convicted in Lawrence County, Ohio, of one count of Trafficking in Drugs.
- In or around 2019, YELDELL-BELL was convicted in 3rd Circuit Court, Wayne County, Michigan of one count of Witnesses – Bribe/Intimidate/Interfere.

12. On or about January 3, 2023, ATF Special Agent and Interstate Nexus Expert Michael Jacobs reviewed the history of the Glock 21, bearing serial number BBSW410, and made a preliminary determination that the firearm was most likely manufactured outside the state of Michigan, and therefore this firearm has traveled in interstate commerce from its point of manufacture to Michigan.

13. On or about March 17, 2021, YELDELL-BELL signed Michigan Department of Corrections Form CSJ-290, acknowledging that he is a convicted felon and that federal law prohibits him from using, carrying, or possessing a firearm.

## CONCLUSION

14. Based on the foregoing, I respectfully submit there is probable cause to believe that, on or about October 27, 2022, within the Eastern District of Michigan, Marquies YELDELL-BELL, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly

possess a firearm, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Respectfully submitted,

By: _____
Andrew Cramer
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means

_____
HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF MICHIGAN

Dated: January 26, 2023

5